# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL:  (631) 247-4671
MY EMAIL ADDRESS: BRIAN.SHENKER@JACKSONLEWIS.COM

June 23, 2021

**VIA ECF**
Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re: Soviero v. Cassariano NY LLC, et al.
           Civil Action No. 20-cv-4298

Dear Judge Locke:

      The undersigned represents the Defendants in the above-captioned action.  All parties to this action jointly submit this letter.  On June 9, 2021, a fairness hearing was held regarding the parties' settlement of this FLSA and NYLL matter.  Pursuant to Your Honor's instructions, the parties made several changes to the settlement agreement. Specifically, limiting the release for retaliation claims to just FLSA and NYLL retaliations claims (see paragraph 3); and removing language concerning retaliation in paragraph 5(c).  Attached as Exhibit A is the updated settlement agreement with revisions that are initialed by the Plaintiff and all Defendants.

      Also, per the parties discussion with the Court on June 9th, the parties filed a Consent to Jurisdiction by U.S. Magistrate Judge (see Docket Nos. 23 and 24).  Accordingly, the parties jointly request the Court approve the settlement agreement and So Order the Stipulation of Discontinuance attached as Exhibit B.  The parties also request the Court cancel the June 28, 2021 hearing if the attached settlement agreement meets the Court's approval.

      Thank you for Your Honor's attention to this matter.

                              Respectfully submitted,

                              JACKSON LEWIS P.C.

                              *Brian J. Shenker*

                              Brian J. Shenker

cc:    David R. Ehrlich, Esq. (via ECF)
4851-8011-8256, v. 1