UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CLEMENT M. SOVIERO

                           Plaintiff,                         **MEMORANDUM AND**
  -against-                                                         **ORDER**

CASSARIANO NY, LLC *doing business as*        20-CV-4298 (SIL)
CASSARIANO ITALIAN EATERY,
DOMENIC VIGLIOTI, LUCA CASSANI,
ANTONIO PARIANO, DANIEL BAEZ, and
GIANCARLO DiMAGGIO

                           Defendants.
----------------------------------------------------------------X

**STEVEN I. LOCKE, United States Magistrate Judge:**

      On May 14, 2021, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Clement M. Soviero and Defendants Cassariano NY, LLC d/b/a Cassariano Italian Eatery, Domenic Viglioti, Luca Cassani, Antonio Pariano, Daniel Baez and Giancarlo DiMaggio submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* DE [21]. On June 9, 2021, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). *See* DE [22].

      Having reviewed the parties' joint submissions in support of their application, the Court finds that the Settlement Agreement's terms, as amended on the record

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* Docket Entry ("DE") [24]; Order dated June 9, 2021.

and filed on the docket, *see* DE [25-1], are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). Accordingly, the Settlement Agreement as amended is approved, and the Clerk of the Court is directed to close this case.

Dated:   Central Islip, New York          **SO ORDERED.**
         June 24, 2021

                                          /s/ Steven I. Locke
                                          STEVEN I. LOCKE
                                          United States Magistrate Judge